**Order entered August 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01358-CV

**JUAN CRUZ, Appellant**

**V.**

**DEUTCHE BANK NATIONAL TRUST, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-14-04351-C**

## ORDER

We **GRANT** appellant's motion for an extension of time to file an amended brief. Appellant shall file an amended brief by **OCTOBER 9, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/ ELIZABETH LANG-MIERS
   JUSTICE